458 A.2d 276

Commonwealth v. Petroski, Appellant.

 Argued June 17, 1982.
Ronald P. Rusinak, Assistant Public Defender, for appel-

lant; Timothy P. Creany, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The judgment of sentence of December 22, 1981 is affirmed.